■ HARVEY C. MUMMERT, Appellant, v KATHY J. MUMMERT, Respondent. — Appeal unanimously dismissed, without costs, upon stipulation. (Appeal from order of Oneida County Family Court, Pomilio, J. — support visitation.) Present — Dillon, P. J., Simons, Callahan, Boomer and Schnepp, JJ.